Clerk of Court

To: Mary C. LoewenGuth                                10-14-22

I'm requesting a form for to

obtain counsel. Also, a Affidavit

form, and I do not have Access

to the internet. So I'm requesting

the "federal and Local Rules" of Civil

Procedure, and the "Pro se Guidelines."

Douglas D-Williams 22-CV-6433

Your Truly

Thank's