# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202
(716) 551-1700



2120 U.S. Courthouse
100 State Street
Rochester, New York 14614
(585) 613-4000

**MARY C. LOEWENGUTH**
CLERK OF COURT

www.nywd.uscourts.gov

ERIN TUBBS, ESQ.
Supervisory Pro Se Staff Attorney

CHARLES S. CARRA, ESQ.
ANDREA F. BASSO, ESQ.
JENNIFER FAUS, ESQ.
Pro Se Staff Attorneys

**COLLEEN D. HOLLAND, ESQ.**
SPECIAL COUNSEL TO THE CHIEF JUDGE

NICOLE THOMPSON-WILLIAMS
Pro Se Paralegal

October 24, 2022

Douglas D. Williams #43274
Erie County Correctional Facility
11581 Walden Avenue
Alden, New York 14004

    Re: 22-cv-6433 EAW Response to Letter dated October 14, 2022

Dear Mr. Williams:

    Enclosed is an Attorney Request Form, Copy of the Local Rules of Civil Procedure and the Pro Se Guidelines in response to your letter dated October 24, 2022..

Sincerely,
Pro Se Litigation Unit
United States District Court
Western District of New York

Enclosure: Attorney Request Form; Local Rules of Civil Procedure; Pro Se Guidelines