UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_Douglas D. Williams_
Plaintiff,

_Daniel Granville, Adam Umiolo,_
_Timothy Donovan, Robert Galbraith,_
_Timothy Carney, Patrick McMahon_
_Daniel T. Milbrandt_    Defendant(s).
_John Does 1-8_

22-CV-6433

Revised 05/01 WDNY

FILED OCT 31 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

APPLICATION FOR APPOINTMENT OF COUNSEL

My name is _Douglas D. Williams_ and I am the plaintiff in the above action. I hereby apply to the Court for appointment of counsel to represent me in this action. In support of this application, I ask the court to consider the following information:

1. My case concerns the following issue(s) (briefly summarize your case): _Violations of my Constitutional Rights: 4 Amend, 5 Amend, 6 Amend, 8 Amend, 14 Amend. The warrant for 2042 Bailey Ave Buffalo NY 14211 was insufficiently particular. Defendant's never had a warrant for 24 Juniata pl Buffalo_

(2(a)) I am unable to retain an attorney to represent me because I do not have the funds to do so.

2(b). [Fill this in if true] I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person was filed on _9-30-22_

2(c). [Fill this in if true] By Court Order filed on _____, I was granted leave to proceed as a poor person pursuant to 28 U.S.C. § 1915.

3(a). I have attempted to find my own attorney but have been unable to do so because _My income is not enough. I been incarcerated since 10-18-21_

3(b). I have discussed my case with the following attorneys (include attorney's name and telephone number, and attach any correspondence which indicates that an attorney has declined to represent you): _Brittany Lee Penberthy (813-390-1175) Need money for the filing fee. Also Steven M Cohen wanted 20 to 30 thousand to start then. Now he a Personal injury Attorney._

4. I believe that the following circumstances demonstrate why the Court should grant my request for an appointed attorney: _I have no income to afford a Attorney and also I'm not smart to know the procedure of a Attorney._

WHEREFORE, plaintiff asks this Court to appoint an attorney to represent plaintiff in this action.

**I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.**

_10-27-22_
DATE

[signature]
SIGNATURE

**NAME:** Douglas Williams  **ICN#** 4324
ERIE COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK 14004

USDC /WDNY
OCT 31 2022
BUFFALO

22-CV-6433

United State District court
MARY C. LoewenGuth
2 Niagara Square
Buffalo, New York 14202

