Douglas D. Williams #43274
11581 Walden Ave
Alden, NY 14004

12-14-23

United State District Judge
Hon. Elizabeth A. Wolford

Re: Case # 22-CV-6433

Dear Hon. Wolford

    I'm just patiently waiting for the outcome of this case. Just recently there were a case # 20-CR-29A ruled on in front of Hon. Kenneth Schroeder, Jr concerning the misconduct of the same Erie County Sheriffs. Also just recently "Allegedly" the Sheriffs just turn over a Application & a Search Warrant on 11-21-23 That was suppose have been turn over 3yrs ago. I truly believe that there is a much game play that going on. I don't want to hold you, just wanted to let you know "Thank You"

Search warrant for
24 Juniata pL

Your Truly
Douglas D. Williams



NAME: Douglas Williams ICN# 43274
ERIE COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK 14004

BUFFALO NY 140
15 DEC 2023 PM 2 L

Chief Judge Hon. Elizabeth A. Wolford
2:30 U.S Courthouse
100 State Street
Rochester, New York 14614