CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
ROCHESTER, NY 14614-1387

OFFICIAL BUSINESS



ROCHESTER NY 144
26 FEB 2024 PM

quadient
FIRST-CLASS MAIL
IMI
$000.64
02/26/2024 ZIP 14614
043M31235106

US POSTAGE

Douglas D. Williams
#43274
Erie County Correctional Facility
11581 Walden Avenue
Alden, NY 14004

RTS

USDC-WDNY
MAR - 8 2024
ROCHESTER



NIXIE      146    DC 1         0003/01/24
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 14614138700        *2937-10273-01-20

UTF
14614-1387